**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

PAUL FOWLER, et al.                                                                                          PLAINTIFFS

v.                                          3:12-cv-00228-BSM-JTK

RONNIE COLEMAN, et al.                                                                               DEFENDANTS

## ORDER

Co-Plaintiff Willie Wells has filed a Response (Doc. No. 4) to the Court's October 5, 2012 Order (Doc. No. 3) directing him to submit an in forma pauperis motion. The Court construes his Response as a request for an extension of time. Therefore, Wells shall have an additional fifteen days from the date of this Order in which to file an in forma pauperis Motion. Failure to file such shall result in his dismissal from the Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 19th day of November, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE