**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PAUL FOWLER, et al.**                                                       **PLAINTIFFS**

**v.**                   **CASE NO. 3:12CV00228 BSM/JTK**

**RONNIE COLEMAN, et al.**                                               **DEFENDANTS**

**ORDER**

Plaintiffs Willie Wells and Timothy Mosley were dismissed without prejudice on December 19, 2012, for failure to prosecute because it was found that they had failed to pay the filing fee or file a motion to proceed *in forma pauperis* [Doc. No. 11]. Wells, however, filed a motion to proceed *in forma pauperis* on December 17, 2012. Therefore, upon *sua sponte* reconsideration, it is held that the order dismissing Wells and Mosely is vacated in part and that Wells is reinstated as a plaintiff.

IT IS SO ORDERED this 20th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE