**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

PAUL FOWLER, SHINDID BRADDOCK
and WILLIE WELLS                                                PLAINTIFFS

v.                              3:12-cv-00228-BSM-JTK

RONNIE COLEMAN, et al.                                               DEFENDANTS

**ORDER**

On December 28, 2012, copies of the December 11, 2012 Order which were mailed to the three Plaintiffs at their last-known addresses, were returned to Sender (Doc. Nos. 14, 15, 17).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although Plaintiffs have apparently changed their addresses, this Order will be sent to their last-known addresses. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiffs Fowler, Braddock, and Wells shall notify this Court of their current addresses and their intent to continue prosecution with this action, pro se, within thirty days of the date of this Order. Failure to comply with this Order shall result in the dismissal without prejudice of Plaintiffs' Complaint.

IT IS SO ORDERED this 8th day of January, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE