**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**PAUL FOWLER, et al.**                                                                                          **PLAINTIFFS**

**v.                              CASE NO. 3:12CV00228 BSM/JTK**

**RONNIE COLEMAN, et al.**                                                                              **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition [Doc. No. 40] submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT plaintiffs Paul Fowler and Shindid Braddock and defendants Teresa Bonner, Shanice Mobley, and Mandi Childress are dismissed without prejudice.

Dated this 18th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE