IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE WELLS                                                                                           PLAINTIFF

v.                                       3:12CV00228-BSM-JTK

RONNIE COLEMAN, et al.                                                    DEFENDANTS

## **ORDER**

Plaintiff shall respond to Defendants' Motion to Dismiss (Doc. No. 55) within fifteen days of the date of this Order. Failure to respond may result in the dismissal without prejudice of this action, for failure to prosecute. See Local Rule 5.5(c)(2).

The Clerk shall change the style of this action to Wells v. Coleman, et al.[1]

IT IS SO ORDERED this 25th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The other three Plaintiffs to this action have been dismissed (Doc. Nos. 11, 52).

1