**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WILLIE WELLS**                                                                               **PLAINTIFF**

**v.**                              **CASE NO: 3:12CV00228 BSM/JTK**

**RONNIE COLEMAN,** *et al.*                                                      **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition [Doc. No. 60] submitted

by United States Magistrate Judge Jerome T. Kearney have been reviewed.  No objections

have been filed.  After careful consideration and a *de novo* review of the record, it is found

that the proposed findings and partial recommended disposition should be, and hereby are,

approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT defendants' motion to dismiss and for costs,

or alternative motion to stay [Doc. No. 55] is denied.

Dated this 6th day of June 2013.


_____
UNITED STATES DISTRICT JUDGE