**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**WILLIE WELLS**                                                                                            **PLAINTIFF**

**v.**                             **CASE NO: 3:12CV00228 BSM/JTK**

**RONNIE COLEMAN,** *et al.*                                                                      **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition [Doc. No. 60] submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT defendants' motion to dismiss and for costs, or alternative motion to stay [Doc. No. 55] is denied.

Dated this 6th day of June 2013.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE