IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE WELLS                                                                                       PLAINTIFF

v.                                      3:12CV00228-BSM-JTK

RONNIE COLEMAN, et al.                                                                    DEFENDANTS

### ORDER

Plaintiff filed a Notice of Change of Address, which indicates he has been released from incarceration (Doc. No. 70). Therefore, in order to continue prosecuting this action in forma pauperis, Plaintiff must submit an updated in forma pauperis motion with fifteen days of the date of this Order. Failure to respond to this Order may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

The Clerk shall forward to Plaintiff an in forma pauperis application.

IT IS SO ORDERED this 25th day of October, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE